Michael A. Gould (SBN 151851)
Aarin A. Zeif (SBN 247088)
GOULD & ASSOCIATES
A Professional Law Corporation
17822 East 17th Street, Suite 106
Tustin, California 92780
Telephone: (714) 669-2850
Telecopier: (714) 544-0800

Attorneys for Plaintiff
Steven Turner

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| STEVEN TURNER, | **CASE NO.: 2:11-cv-09521-MWF (JEMx)** |
|---|---|
| Plaintiff, | Assigned to Honorable Judge Michael W Fitzgerald |
| v. | |
| DURHAM SCHOOL SERVICES, and DOES 1 through 25, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| Defendants. | |
| | Case Filed: October 11, 2011<br>Trial Date: November 13, 2012 |

- 1 -
**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

## ORDER

Based on the Stipulation for Dismissal with Prejudice and upon a finding of good cause, the Court hereby orders this action shall be, and is voluntarily DISMISSED WITH PREJUDICE, and that neither party will seek attorneys' fees or costs from other.

Dated: July 3, 2012

_____
Hon. Judge Michael W Fitzgerald
United States District Court Judge

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**